DELIA DHUY, as Administratrix of the Estate of ALBERT
DHUY, Deceased, Respondent, *v.* AMERICAN RAILWAY
EXPRESS COMPANY, Appellant, Impleaded with
Another.

*Appeal — motion to dismiss appeal as frivolous granted.*

*Dhuy* v. *American Railway Express Co.*, 204 App. Div. 888, appeal
dismissed.

(Argued February 27, 1923; decided March 6, 1923.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the second
judicial department, entered December 19, 1922, modify-
ing and affirming as modified a judgment in favor of
plaintiff entered upon a verdict.

The motion was made upon the ground that the appeal
was frivolous.

*James A. Gray* for motion.

*Edward V. Conwell* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.

---

THE JACOB HOFFMANN BREWING COMPANY, Respondent,
*v.* FRANK WUTTGE et al., Defendants, and JOHN L.
KLAGES, Appellant.

(Submitted February 26, 1923; decided March 6, 1923.)

Motion for re-argument denied, with ten dollars costs
and necessary printing disbursements.   (See 234 N. Y.
469.)